# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2023

Ms. Willa Cockshutt
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

Mr. Woodson Erich Dryden
Office of the Attorney General
Financial Litigation & Charitable Trusts Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

    No. 20-70022   Harper v. Lumpkin
                       USDC No. 4:16-CV-762

Dear Ms. Cockshutt, and Mr. Dryden,

In reference to the above, the Court request a response to the petition for panel rehearing and the petition for rehearing en banc. The two separate responses are due within ten days of this date, or, by March 6, 2023.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Monica R. Washington, Deputy Clerk
                                        504-310-7705

cc:  Ms. Carol A. Kolinchak
     Ms. Sarah Lynn Ottinger